IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:19-cr-009 (WLS) |
| | : |
| JOSEPH CLANCY WILLIAM PATTERSON, | : |
| | : |
| Defendant. | : |

**ORDER**

Before the Court is the Government's Motion to Dismiss Indictment (Doc. 100.) ("Motion"). Therein, the Government moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss, without prejudice, the Indictment (Doc. 1) as to Joseph Clancy William Patterson due to the inability of the United States to locate Patterson. After years of investigative efforts, the Government's believes that, should Patterson be located, evidentiary issues would prevent the Government from proving Patterson's guilt beyond a reasonable doubt. Therefore, the Government moves to dismiss. (Doc. 100.)

Under Federal Rule of Criminal Procedure Rule 48(a), the Government may, with leave of the Court, dismiss an indictment, information, or complaint. Based on the Government's stated reasons, the Court finds good cause to dismiss the Indictment against Defendant Joseph Clancy William Patterson.

Therefore, the Court **GRANTS** the Government's Motion (Doc. 100). Accordingly, the Indictment (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 6th day of October 2025.

                                           **/s/ W. Louis Sands**
                                           **W. LOUIS SANDS, SR. JUDGE**
                                           **UNITED STATES DISTRICT COURT**